**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**


| | |
|---|---|
| JUSTIN LASTER, | * |
| Plaintiff | * |
| | Case Number 1:11-CV-81 (WLS) |
| vs. | * |
| THE KRYSTAL COMPANY, ET AL., | * |
| Defendants | * |


## **J U D G M E N T**


Pursuant to this Court's Order dated March 28, 2012, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants The Krystal Company, Krystal Holdings, Inc. and Thomas and Thorngren, Inc.  Plaintiff shall recover nothing of Defendants.  Defendants shall also recover costs of this action.

This 28th day of March, 2012.

Gregory J. Leonard, Clerk


S/ Wanda K. Sanders, Deputy Clerk