UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

Filed at 4:00 P.M., 5/24, 2012
Deputy Clerk, U.S. District Court
Middle District of Georgia

JUSTIN LASTER,

    Plaintiff,

v.

MICHAEL MCDONALD,

    Defendant.

CIVIL ACTION NUMBER:
1:11-cv-00081-WLS

### ORDER DISMISSING DEFENDANT MICHAEL McDONALD WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice (hereinafter referred to as "Joint Stipulation"). The Court, having reviewed the Joint Stipulation and being otherwise duly advised in the premises thereof, it is hereby ORDERED AND ADJUDGED that: The Joint Stipulation of Dismissal with Prejudice is GRANTED as to Defendant Michael McDonald. Defendant McDonald shall be dropped from the above-styled lawsuit with prejudice and that Plaintiff Justin Laster's claims in the above-styled lawsuit shall be dismissed with prejudice as to Defendant McDonald only, and

IT IS FURTHER ORDERED and ADJUDGED that this Order shall have no effect on those claims asserted by Plaintiff Justin Laster currently on appeal, Appeal Number: 12-12127-E.

SO ORDERED this 23rd day of May, 2012.

_W. Louis Sands_
THE HONORABLE W. LOUIS SANDS,
United States District Court