IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

------------------------

No. 12-12127-EE

------------------------

JUSTIN LASTER,

                                                                                      Plaintiff - Appellant,

versus

KRYSTAL COMPANY, The,
KRYSTAL HOLDINGS, INC., The,
OLIVA ROBERTS,
STEVE BROWN,
THOMAS AND THORNGREN, INC.,
MICHAEL MCDONALD,

                                                                                      Defendants - Appellees.

------------------------

On Appeal from the United States District Court for the
Middle District of Georgia

------------------------

BEFORE:    CARNES, HULL, and PRYOR, Circuit Judges.

BY THE COURT:

        On the Court's own motion, we hereby DISMISS this appeal as frivolous. See 11th Cir.R. 42-4 ("If it shall appear to the court at any time that an appeal is frivolous and entirely without merit, the appeal may be dismissed."). As stated in this Court's September 24, 2012, order denying Appellant's motion to proceed *in forma pauperis*, the district court correctly determined that the release and settlement agreement in the 2010 action barred Appellant's claims in the instant case. In his initial brief filed in this Court, Appellant has failed to raise any colorable challenge to the district court's March 28, 2012, summary judgment order.

Appellant's "Motion to Grant Appeal of Appellant Because of Appellees' Failure to Prosecute …" is DENIED.

Appellees' "Motion to Strike Appellant's Brief and Dismiss Appeal" is DENIED AS MOOT.

Appellant's motion to suspend the rules and/or for an extension of time to send copies of his brief and record excerpts to Appellees is DENIED AS MOOT.